# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

-----------------------------------------------X

United States of America

V.                                    Docket Number: **06CR 244**

Elias J. Casiano

-----------------------------------------------X

## ORDER TO TERMINATE PROBATION

This Cause having been heard before me on November 7, 2007.

HEREBY ORDERED that the defendants's term of supervised release be terminated this date.

s/Hon. Charles P. Sifton

UNITED STATES DISTRICT JUDGE          DATE

So Ordered.